UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
YASSER ALMONTASSER,

                Plaintiff,                    **ECF CASE**

    v.

                                      07 Civ. 11270 (RJH)

U.S. CITIZENSHIP & IMMIGRATION
SERVICES , et al.

                                   NOTICE OF APPEARANCE

              Defendants.
------------------------------------------------------------ x

TO:    Clerk of Court
           United States District Court
           Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
            December 21, 2007

                                                          Respectfully submitted,

                                                          MICHAEL J. GARCIA
                                                          United States Attorney for the
                                                          Southern District of New York

                                   By:    /s/ _____
                                                           KIRTI VAIDYA REDDY
                                                          Assistant United States Attorney
                                                           86 Chambers Street, 3rd Floor
                                                           New York, New York 10007
                                                           Telephone: (212) 637-2751
                                                           Facsimile: (212) 637-2786
                                                          Email: kirti.reddy@usdoj.gov

To:    Romben Estrada Aquino, Esq.
          100 Lafayette Street, Suite 201
          New York, NY 10013