

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

February 15, 2008



RECEIVED
FEB 1...
CHAMBERS OF
RICHARD J. HOLWELL

VIA FACSIMILE
Hon. Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

       Re: Almontasser v. USCIS,
          07 Civ. 11270 (RJH)

Dear Judge Holwell:

  I write respectfully to request a sixty-day extension of time, from February 15 to April 15, to respond to the complaint in the above-referenced civil action. This is the Government's first request for an extension.

  This is a complaint in which plaintiff challenges the delay by United States Citizenship and Immigration Services ("CIS") in adjudication of his naturalization application within 120 days of examination. After the complaint was filed, this Office was informed by CIS that on February 19, 2008, plaintiff is scheduled for an appointment with CIS to review his application. Accordingly, we request a sixty-day extension of time to provide CIS additional time to adjudicate Plaintiff's naturalization application. Plaintiff's counsel, Romben Aquino consents to this request for an extension of time.

  I thank the Court for its consideration of this request.

SO ORDERED

[signature]
USDJ
2/26/08

              Respectfully,

              MICHAEL J. GARCIA
              United States Attorney for the
              Southern District of New York

          By: [signature]
              KIRTI VAIDYA REDDY
              Assistant United States Attorney
              (212) 637-2751

cc: Romben Aquino
    100 Lafayette Street, Suite 201
    New York, NY 10013