

CHAMBERS OF
RICHARD J. HOLWELL

# FERRO & CUCCIA

100 Lafayette Street, Suite 201
New York, New York 10013

Edward J. Cuccia (Admitted New York)
Charles Jason Loxe (Admitted New York and New Jersey)
Romben Aquino (Admitted New York)
Josephine Ferro Cuccia (Of Counsel, admitted New York)

Telephone (212) 966-7775
Facsimile (212) 966-0338

March 10, 2008

VIA FACSIMILE 212-805-7948

The Honorable Richard J. Holwell
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

Re:   Almontasser v. USCIS, 07-cv-11270 (RJH)

Dear Judge Holwell:

    I write to request that the Initial Scheduling Conference scheduled for March 14, 2008 at 11:30 a.m. be adjourned to a date to be set by the Court after April 15, 2008. This is Petitioner's first request for an adjourned. Respondent's counsel, Kirti Vaidya Reddy, Esq., has graciously consented to the request.

    The Court previously extended the Government's time to answer to April 15, 2008 in order to provide USCIS additional time to adjudicate the naturalization application. Once the answer is filed, Plaintiff will be in a better position to determine what the next step in the litigation would be.

    Also, should the Court grant the adjournment, I request that the Court not schedule the conference for any date between April 18 and May 6, 2008, as I will be on vacation in Asia. I thank the Court for its consideration of this request.

*Conference adjourned to 5/16/08 at 11:00 a.m.*
*SO ORDERED*

Respectfully submitted,
FERRO & CUCCIA

By: _____
Romben Aquino (RA0514)
Attorney and Counselor at Law

cc:   Kirti Vaidya Reddy, Esq., U.S. Attorney's Office (by facsimile 212-637-0576)

USDJ
3/12/08