ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
YASSER ALMONTASSER                          :

                Plaintiff,           :           STIPULATION
                                      :           AND ORDER
      - v. -                            :
                                      :           07 Civ. 11270 (RJH)
UNITED STATES CITIZENSHIP AND IMMIGRATION   :
SERVICES,                                   :

                Defendant.           :
------------------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that defendant's time to answer, move with respect to, or otherwise respond to the above-captioned complaint be, and hereby is, extended to June 16, 2008.

Dated: New York, New York
      April ___, 2008

FERRO & CUCCIA
Attorney for Plaintiff

By: _____
ROMBEN AQUINO, ESQ.
100 Lafayette Street Suite 201
New York, NY 10012
Tel. No.: (212) 966-7775

Dated: New York, New York
      April ___, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
KIRTI VAIDYA REDDY
Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2751

SO ORDERED:

_____
    4/25/08


RECEIVED
APR 21 2008
CHAMBERS OF
RICHARD J. HOLWELL