**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

YASSER ALMONTASSER,

      Plaintiff,

v.                                                                              **07-CV-11270 (RJH)**
                                                                                **ECF CASE**

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

      Defendants.

------------------------------------------------------------X

# NOTICE OF VOLUNTARY DISMISSAL

USCIS has granted Plaintiff's naturalization application.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff seeks to

voluntarily dismiss the above-captioned action.  As of this date, Plaintiff has not been

served with an answer or motion for summary judgment.

Dated: May 15, 2008
      New York, New York

                           Respectfully submitted,
                           FERRO & CUCCIA

                           __/s/ Romben Aquino_____

                           _____
        BY:      Romben Aquino (RA 0514)
                 Attorney at Law
                 100 Lafayette Street, Suite 201
                 New York, NY 10013
                 212-966-7775

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2008, the Notice of Voluntary Dismissal was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Local Rules on Electronic Service upon the following parties and participants:

Kirti Vaidya Reddy, Esq.
U.S. Attorney's Office - SDNY
86 Chambers Street, 4th Floor
New York, NY  10007

                                                                    __/s/ Romben Aquino_____

                                                                    _____
                                                                    Romben Aquino (RA0514)