COURTESY COPY - Original filed on ECF as Document 7

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YASSER ALMONTASSER,

        Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

        Defendants.
------------------------------------------------------------X



RECEIVED MAY 19 2008 CHAMBERS OF RICHARD J. HOLWELL

07-CV-11270 (RJH)
ECF CASE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

## NOTICE OF VOLUNTARY DISMISSAL

USCIS has granted Plaintiff's naturalization application.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff seeks to voluntarily dismiss the above-captioned action. As of this date, Plaintiff has not been served with an answer or motion for summary judgment.

Dated: May 15, 2008
      New York, New York

                                Respectfully submitted,
                                FERRO & CUCCIA

                                /s/ Romben Aquino

                BY:    Romben Aquino (RA 0514)
                           Attorney at Law
                           100 Lafayette Street, Suite 201
                           New York, NY 10013
                           212-966-7775

SO ORDERED
[signature]
USDJ 5/21/08
The Clerk is requested to close this case.
p2